MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Earl Diamond

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Riverbend Apartments,

Charger Properties

Piper Law

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:   ✓ Yes   ☐ No
*(check one)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Earl Diamond |
| Street Address | 5214 Perry Rd APT 3 |
| City and County | Grand Blanc |
| State and Zip Code | MI 48439 |
| Telephone Number | 248-660-2753 |
| E-mail Address | earldiamond1965@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Riverbend Apartments |
| Job or Title (if known) | |
| Street Address | 5216 Perry Rd |
| City and County | Grand Blanc |
| State and Zip Code | Mi 48439 |
| Telephone Number | 810-695-2100 |
| E-mail Address (if known) | riverbend@chargermi.com |

Defendant No. 2

| | |
|---|---|
| Name | Charger Properties |
| Job or Title (if known) | |
| Street Address | 5216 Perry Rd |
| City and County | Grand Blanc |
| State and Zip Code | MI 48439 |
| Telephone Number | 810-695-2100 |
| E-mail Address (if known) | riverbend@chargermi.com |

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Piper Law |
| Job or Title (if known) | Lawyer |
| Street Address | 601 Saginaw St #202 |
| City and County | Flint Genesee County |
| State and Zip Code | MI 49502 |
| Telephone Number | 810-235-2558 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S.C 3601-3619,

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____,
   is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____,
   is incorporated under the laws of the State of *(name)*
   _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

    3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,734, 260 per defendant, $75,000 per Defendant replace everthing They threw in the trash, $200,000 per defendant for car, truck, SUV, Bentley ect pay all maintainance, gas, insurance expenses for as long as the cars exist. Return of 521 4 Perry Rd apt 3 free rent, all expense includes cable internet free for rest of life

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1 The Defendants evicted me after Receivng a Default Judgment against them 5-2-2023. The Court served the Order. This is retaliation

2 The default Judgment was not over turned and the defendant can't evict plaintiff. Judgment is enforced after signed. All action against Plaintiff was stayed in all courts.

3 The Defendants stole my May 2023 rent of $734, and evicted plaintiff. I put a stop payment on a total of $734 3 check were sent to Defendant payee Riverbend Apartments, but the Bank only give me back $100, $35 and $300. The bank told me to get the $299 from the Defendant. I filed a fraud claim with the Bank.

4 Plaintiff is forced to live in a hotel till the collecting is enforced it costing him $260 wk, not healthy food, and medical problems. their actions have casued major uneeded problems.

5 Most,defendants were seved , by plaintiff, the court , and the US Marshals

6 Defendants where contacted by Prose Lawyer

7 Defendants intentionally under minded the orders, and Authority of the US District Court, and filed a case in lower state Court,

8 67th Dist Court has no Authority over US dist court orders, and Judgments.

9 the defendant never appeared and objected to the US Dist Court case 23-CV-10005

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Retaliation for Default Judgment entered by the court, Housing Discrimination, Failure to accommodate, Fraud, misappropreation of funds,  threats harrasment, breach of duty, false and misleading statements, as well  as any other rights not named

Sueing them for $1,734,260 each, Free aptment forever and to hand this right and apartment to anyone in life and after death.

I want  all defendants to buy me a House not less then $,734,260 hand me clear title and Deed to said property and pay the full expenses for my property every expense I will have to pay no limit on the amount. Anywhere in the world I choose

I want defendant  Piper Law to buy me a Bentley not less then $234,00 hand me clear title,  pay the full expenses for my property every

I reserve the right to file a seprate case for non Civil Right violation. All things that the Civil Rights Court lacks the Jurisdictions over.

### V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-7_____, 20_23___.

Signature of Plaintiff     earldiamond
Printed Name of Plaintiff    Earl Diamond

6

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**
I reserve the right to file other infromation and to correct all errors, as I am have problems, writting this complaint online. I will file a noncivil rights claim as soon as I can. I have right to legal representation I have filed a civil right claim and reserve the right to use there decision to my favor.

I don't owe any Rent to Riverbend apt nor Charger properties. I paid decembers rent in November and I paid jan 2023 rent in December 2022.

I want all my money returned that has been paid to the defendants with interest.
The defendant has given me at least 8 notices but never took me to court. They also told me to ignore their claims.
 I have requested stop payment to prevent double payment for jan 2023 rent,my bank investigate due to fraud. Riverbend apts has returned payment of $76.66, $24, $36, $40

I don't owe Riverbend anything. I don't owe riverbend $461.

River bend owes me around $734, free water, and the return of all the water maintaneace fees

Riverbend returned $176.66 rent payment and claimed I owe them $461.
Riverbend returned $176.66 rent payment and charged me a fee of $181 and claimed I owe them $461
Riverbend awared themselves legal fee of $181 after refusing rent payment of $176.66

Some thigs maybe noncivil right housong discrimination claims, those Issues willbe put into a genera l civil lawsuit

7

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Earl Diamond

### DEFENDANTS
Riverbend Apts
Charger Properties

**(b)** County of Residence of First Listed Plaintiff: Genesee
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Genesee
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
pro se 5214 Perry Rd Apt 3, Grand Blanc MI 48439

Attorneys *(If Known)*
unknown, 5216 Perry rd Grand Blanc MI 48439, 810-695-2100

## II. BASIS OF JURISDICTION
[ ] 1 U.S. Government Plaintiff
[X] 3 Federal Question (U.S. Government Not a Party)
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1  DEF [ ] 1
Citizen of Another State: PTF [ ] 2  DEF [ ] 2
Citizen or Subject of a Foreign Country: PTF [ ] 3  DEF [ ] 3

Incorporated or Principal Place of Business In This State: PTF [ ] 4  DEF [ ] 4
Incorporated and Principal Place of Business In Another State: PTF [ ] 5  DEF [ ] 5
Foreign Nation: PTF [ ] 6  DEF [ ] 6

## IV. NATURE OF SUIT
[X] 443 Housing/Accommodations

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 361

Brief description of cause:
Housing Discrimination, refuse to give lease & reciepts, stealing rent payments, refusing payments, overcharge of fees

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ ¥1,734,260
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: October 15, 2020
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #　AMOUNT　APPLYING IFP　JUDGE　MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes :